

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00760-CV

John Loan **PRICE**,
Appellant

v.

**MG BUILDING MATERIALS, LTD.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 20417CV05199
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's default judgment is AFFIRMED. Costs of this appeal are taxed against appellant.

SIGNED July 17, 2019.

_____
Liza A. Rodriguez, Justice